Counseling and Advising Clients Exclusively on Laws of the Workplace

**Z Zabell & Associates, P.C.**
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

Zabell & Associates, P.C.
One Corporate Drive, Suite 103
Bohemia, New York 11716
Tel.   631-589-7242
Fax.   631-563-7475
www.laborlawsny.com

**Saul D. Zabell**
Email: szabell@laborlawsny.com

November 10, 2016

**_VIA_ ELECTRONIC CASE FILING**

The Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Valdez-Mendoza v. Jovani Fashion Ltd., et al.
              Case No.: 15-cv-07261 (ILG) (RML)

Your Honor:

      This firm is counsel to Roberto Valdez-Mendoza and Ramon E. Valdez-Mendoza, Plaintiffs in the above-referenced matter. We write to respectfully request a brief adjournment of the settlement conference presently scheduled for Tuesday November 15, 2016. The basis for this request is the undersigned is engaged in an administrative trial, *In the Matter of Quality Fence Peekskill, Inc.*, Case ID: PW11 2013001946, in Westchester County on November 15, 2016 at 9:30 a.m. The parties conferred telephonically regarding this application and defense counsel lends her consent to this request. Should Your Honor see fit to grant this application, both offices are jointly endeavoring to obtain mutually agreeable dates and times and will provide same to the Court under separate cover.

Case 1:15-cv-07261-ILG-RML   Document 22   Filed 11/10/16   Page 2 of 2 PageID #: 130



**Zabell & Associates, P.C.**
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

November 10, 2016
Page 2 of 2

      Counsel remains available should Your Honor require additional information regarding this request.

Respectfully submitted,

ZABELL & ASSOCIATES, P.C.

Saul D. Zabell
SDZ/jk

cc: Client
    Hillary Ann Fraenkel, Esq. (*via* Electronic Case Filing)